UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 20-994-DMG (DFMx) | Date | August 13, 2020 |
| Title | The JDIS Group, LLC, et al. v. 626 Holdings, LLC | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

On May 28, 2020, Plaintiffs The JDIS Group, LLC ("JDIS") and Technical Holdings, LLC ("Technical") filed a Complaint against Defendant 626 Holdings, LLC ("626") asserting the following causes of action: (1) fraudulent inducement, (2) fraudulent concealment, (3) tortious interference, and (4) declaratory relief pursuant to 28 U.S.C. section 2201. [Doc. # 1.] On June 19, 2020, Defendant filed a Motion to Dismiss ("MTD"). [Doc. # 13.]

Before turning to the merits of the MTD, however, the Court must satisfy itself of its subject matter jurisdiction. Plaintiffs assert subject matter jurisdiction based on the existence of complete diversity, 28 U.S.C. § 1332, but the Complaint fails to adequately plead "complete diversity between the parties," namely, that Defendant is a citizen of a different state than Plaintiffs. *Diaz v. Davis*, 549 F.3d 1223, 1234 (9th Cir. 2008) (citing *Strawbridge v. Curtiss*, 7 U.S. (3 Cranch) 267, 267, 2 L. Ed. 435 (1806)); *see* Compl. at ¶ 6. JDIS, Technical, and 626 are all limited liability companies and are therefore citizens of every state in which their owners or members are citizens. *See Johnson v. Columbia Props. Advantage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). The Complaint fails to plead the citizenship of any of Plaintiffs' or Defendant's owners or members.

In light of the foregoing, Plaintiffs are **ORDERED TO SHOW CAUSE** in writing by no later than **August 20, 2020** why this action should not be dismissed for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**