**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THE JDIS GROUP, LLC, a Delaware limited liability Company; TECHNICAL HOLDINGS, LLC, a Delaware limited liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>626 HOLDINGS, LLC, a Florida limited liability Company; and DOES 1 to 20 inclusive,<br><br>Defendants. | Case No. SA CV 20-994-DMG (DFMx)<br><br>**ORDER APPROVING STIPULATION REGARDING PARTIES' NOTICE OF SETTLEMENT, DISMISSAL OF PLAINTIFFS' SECOND AMENDED COMPLAINT, AND REQUEST FOR COURT TO RETAIN JURISDICTION PENDING PERFORMANCE OF THE TERMS OF THE SETTLEMENT AGREEMENT [39]** |

| | |
|---|---|
| 626 HOLDINGS, LLC, a Florida limited liability Company, | |
| Counterclaimant, | |
| v. | |
| THE JDIS GROUP, LLC, a Delaware limited liability Company; TECHNICAL HOLDINGS, LLC, a Delaware limited liability Company, | |
| Counter-defendants. | |

The Court, having reviewed the Parties' "*Stipulation Regarding Parties' Notice Of Settlement, Dismissal Of Plaintiffs' Second Amended Complaint, And Request For Court To Retain Jurisdiction Pending Performance Of The Terms Of The Settlement Agreement*" (the "Stipulation") with the Settlement Agreement and Mutual Release (the "Settlement Agreement") and Stipulated Judgment attached thereto as Exhibit 1, and finding GOOD CAUSE herein,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. Plaintiffs The JDIS Group, LLC and Technical Holdings, LLC's (collectively, "Plaintiffs") operative Second Amended Complaint [Doc # 31] against Defendant 626 Holdings, LLC ("626") is DISMISSED with prejudice.

3. 626's operative counterclaim against Plaintiffs ("626's Counterclaim") [Doc. # 32] is STAYED and all current deadlines (including the trial date) set forth in the Court's Order titled "*Schedule Of Pretrial & Trial Dates (Jury Trial)*" [Doc. # 37-1] are VACATED pending Plaintiffs' performance of the terms of the Settlement Agreement, during which time the Court shall retain jurisdiction over the parties and 626's Counterclaim until Plaintiffs pay 626 the entire $150,000 settlement payment pursuant to the Settlement Agreement.

4. This action is placed in inactive status. By no later than **September 15, 2023**, the parties shall file a stipulation and proposed order for dismissal of 626's Counterclaim or judgment. Upon the failure to timely comply with this Order, 626's Counterclaim shall be deemed dismissed as of September 18, 2023.

DATED: November 2, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE